```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 15555
   PERU FIKES
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-7961


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/28/2006 and was confirmed 04/05/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/25/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
ACC CONSUMER FINANCE L    SECURED VEHIC   14885.13           569.42         1831.38
ACC CONSUMER FINANCE L    UNSECURED       NOT FILED            .00             .00
ARONSON FURNITURE         SECURED          1400.00            37.64          162.36
ROGERS & HOLLAND          SECURED NOT I      20.00              .00           20.00
ROGERS & HOLLAND          UNSECURED       NOT FILED            .00             .00
CYNTHIA GILBERT           NOTICE ONLY     NOT FILED            .00             .00
ILL DEPT HEALTH & FAM SE  PRIORITY         7804.25             .00             .00
7300 VENTURE LLC          UNSECURED       NOT FILED            .00             .00
AFS ASSIGNEE OF FIRST PR  UNSECURED       NOT FILED            .00             .00
CINGULAR                  UNSECURED       NOT FILED            .00             .00
ROUNDUP FUNDING LLC       UNSECURED        9499.28             .00             .00
SBC                       UNSECURED         668.69             .00             .00
SPRINT PCS                UNSECURED       NOT FILED            .00             .00
CAPITAL ONE               UNSECURED        1037.19             .00             .00
CITY OF CHICAGO PARKING   UNSECURED        1320.00             .00             .00
COMCAST                   UNSECURED       NOT FILED            .00             .00
INGALLS MIDWEST EMMERGEN  UNSECURED       NOT FILED            .00             .00
ROGERS ENTERPRISES INC    UNSECURED       NOT FILED            .00             .00
GEMB/JC PENNEY            UNSECURED       NOT FILED            .00             .00
ILLINOIS DEPT OF REV      UNSECURED         781.14             .00             .00
INTERNAL REVENUE SERVICE  UNSECURED        8768.95             .00             .00
LEADINGMAN CLOTHES EVERG  UNSECURED       NOT FILED            .00             .00
MIDWEST EMERGENCY ASSOCI  UNSECURED       NOT FILED            .00             .00
DIRECTV                   UNSECURED       NOT FILED            .00             .00
COM ED                    UNSECURED         212.64             .00             .00
INGALIS HOSPITAL          UNSECURED       NOT FILED            .00             .00
PROVIDIAN NATIONAL BANK   UNSECURED         875.46             .00             .00
TCF BANK                  UNSECURED       NOT FILED            .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         403.39             .00             .00
ARONSON FURNITURE         UNSECURED        1024.26             .00             .00
INTERNAL REVENUE SERVICE  PRIORITY         3889.99             .00             .00
ILLINOIS DEPT OF REV      PRIORITY         1295.92             .00             .00

                      PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 06 B 15555 PERU FIKES
```

```
ECAST SETTLEMENT CORP    UNSECURED         762.03            .00             .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY     2,243.00                        2,016.77
TOM VAUGHN               TRUSTEE                                           315.57
DEBTOR REFUND            REFUND                                            774.00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  5,727.14

PRIORITY                                              .00
SECURED                                          2,013.74
    INTEREST                                       607.06
UNSECURED                                             .00
ADMINISTRATIVE                                   2,016.77
TRUSTEE COMPENSATION                               315.57
DEBTOR REFUND                                      774.00
                        ---------------    ---------------
TOTALS                   5,727.14                5,727.14
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 01/28/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 06 B 15555 PERU FIKES